IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMMY L WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No.   5:21-cv-00199-MTT-MSH |
| | * |
| PEACH COUNTY LEC, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 13th day of September, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk